**FILED**

11/26/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0609

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-0609

| | |
|---|---|
| CITIZENS FOR BALANCED USE a Montana not for profit corporation; W.R.H. NEVADA PROPERTIES, LLC, a Nevada Limited Liability Company;<br><br>      Plaintiffs / Appellants,<br><br>v.<br><br>MONTANA FISH WILDLIFE AND PARKS an agency for the State of Montana; FISH AND WILDLIFE COMMISSION an agency for the State of Montana; THE TRUST FOR PUBLIC LANDS, a California Corporation; GREEN DIAMOND RESOURCES CO, a Washington Corporation; and JOHN DOES 1-10,<br><br>      Defendants / Appellees. | **ORDER** |

Upon consideration of Appellants' motion for a 30-day extension of time, and good cause appearing therefor, Appellants are granted an extension of time to and including December 26, 2024, within which to prepare, serve, and file their opening brief.

DATED this _____ day of November, 2024.

For the Court,

_____
Chief Justice

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 26 2024